Michael C. Ormsby
United States Attorney
Eastern District of Washington
Jared C. Kimball
Aine Ahmed
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone:  (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:14-CR-21-RMP-10 |
| | ) | |
| vs. | ) | |
| | ) | Bill of Particulars |
| SAMUEL G. WARD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The United States of America, by and through Michael C. Ormsby, United

States Attorney for the Eastern District of Washington, and Jared C. Kimball and Aine

Ahmed, Assistant United States Attorneys, hereby files the following Bill of

Particulars for Forfeiture of Property.

The Indictment seeks forfeiture of property pursuant to 21 U.S.C. § 853. The

United States hereby gives notice that the United States is seeking forfeiture of the

following assets from Defendant, SAMUEL G. WARD, for violations of 21 U.S.C. §

846:

Bill of Particulars                              1
BoP Ward.docx

<u>U.S. CURRENCY</u>

-Approximately $10,437.00 U.S. currency, seized by the Federal Bureau of Investigation (FBI), on or about March 13, 2014.

DATED this 8th day of September, 2014.

Michael C. Ormsby
United States Attorney

s/Jared C. Kimball

Jared C. Kimball
Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 8, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s):

Adrienne S. Thommes
Attorney at Law
Adrienne@thommeslaw.com

Ronald A. Van Wert
Attorney at Law
rvw@ettermcmahon.com

s/Jared C. Kimball

Jared C. Kimball
Assistant United States Attorney

Bill of Particulars                              2
BoP Ward.docx